IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                        PLAINTIFF

V.                         4:21-CR-00147-01-LPR

AUGUSTUS SHENKER                                                DEFENDANT

## MOTION FOR CONTINUANCE

Comes Augustus Shenker, through counsel, and for his Amended Motion for Continuance states:

1. This matter is scheduled for trial the week of September 26, 2022. For the following reasons, Shenker seeks a continuance. He is authorized to state that the government, through AUSA Kristin Bryant, has no objection to the continuance request.

2. The first reason is that medical tests on Shenker likely still will not have been completed. Shenker suffered a stroke *in utero* which left him with certain brain damage and noticeable physical disabilities. Although undesigned counsel requested, and the examining personnel at the Bureau of Prisons in Fort Worth agreed to recommend that an MRI be performed when Shenker was examined there under court order, one was not done.

1

3. The defense then embarked on a search for an appropriate facility to conduct the test. The neurologist retained by the defense needs a complex MRI to be performed to determine the existence of and extent of damage to parts of Shenker's brain which may have governed, or significantly influenced, his conduct. Those tests are to be conducted through the auspices of Mindset Integrated Co. The efforts to arrange these tests has consumed months because of the need to find a place in Arkansas or in neighboring locations which has the particular equipment and was willing to have Shenker be tested there.[1]

4. After such a facility was located in the St, Louis area, the government then opted to have the Bureau of Prisons conduct the MRI. An order was entered to that effect. However, the Bureau of Prisons resisted, asserting that it was not authorized to conduct a test under these circumstances. The government then again agreed to have the defense conduct the examination through Mindset. Another order was entered for the Marshal to transport Shenker to a facility in the Dallas area. However, the time designated by the testing facility test did not mesh with the Marshal's schedule. At this point the Marshal is dealing directly with Mindset to determine the time and place of the test that satisfies both stakeholders. When that

---

[1] For instance, UAMS authorities refused to permit its equipment to be used to test Shenker.

is decided upon, the defense is to submit the appropriate order to the Court.

5. The second reason is that negotiations for resolution of this matter are ongoing. The complicating factor is that the actual conduct depicted on the items allegedly produced by Shenker will likely also qualify as offenses prosecutable only in state court. Based on Arkansas precedent, these actions would fall within the exception to the state statutory double jeopardy prohibition. In this exception to statutory double jeopardy, successive federal and state prosecutions are permitted if the latter prosecution is for a "substantially different harm or evil" than the federal prosecution. Ark. Code Ann. § 5-1-113(1)(b)(i). See also *Winkle v. State*, 366 Ark. 318 235 S.W.3d 482 (2006). Thus in this case, a negotiated resolution is practicable only if both federal and state authorities are onboard with the resolution. The MRI results are needed for that negotiation as well. An offer from the government to resolve the federal charges has been made, but prudence demands that Shenker's brain damage be properly evaluated first.

6. A period of continuance of 120 days from the current trial setting— i.e. until late January, 2023— is hereby requested. Hopefully, that interval should provide sufficient time for (i) the tests discussed above to be conducted, their results analyzed and any derivative examinations performed and (ii) an agreement to resolve, if possible, any state charges. Of course, it is stipulated that the period of

continuance is an excluded period for purposes of speedy trial calculations.

WHEREFORE, Shenker prays that a continuance be granted.

AUGUSTUS SHENKER

/s/ Jeff Rosenzweig

_____
JEFF ROSENZWEIG
Arkansas Bar No. 77115
300 Spring St., Suite 310
Little Rock, AR 72201
(501) 372-5247
jrosenzweig@att.net
*Attorney for Defendant*